JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAILA KIRKHAM, an individual, | Case No. 2:22-cv-01818-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| SMITH'S FOOD AND DRUG CENTER, INC. d/b/a SMITH'S FOOD AND DRUG CENTER, a Foreign Corporation; DOE INDIVIDUALS I through X; ROE LEGAL ENTITIES I through X, inclusive, | |
| Defendants. | |

WHEREAS, all parties and their counsel of record participated in a voluntary private mediation on October 31, 2023 with Judge Stewart Bell, Ret. of JAMS acting as the neutral mediator; and

WHEREAS, the mediation resulted in the parties and their counsel agreeing upon a full and final settlement of this case and all claims arising out of the events described in the Complaint filed in this matter;

IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and BURKE L. HUBER, ESQ. of the VAN LAW FIRM, counsel for Plaintiff LAILA KIRKHAM as follows:

/ / /

CLAC 7647344.1

1.  Plaintiff LAILA KIRKHAM'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

2.  That any pending court appearances and filing deadlines be vacated.

RESPECTFULLY SUBMITTED this 22nd day of December, 2023.

| **VAN LAW FIRM** | **COOPER LEVENSON, P.A.** |
|---|---|
| /s/ Burke L. Huber | /s/ Jerry S. Busby |
| Burke L. Huber, Esq. | Jerry S. Busby, Esq. |
| Nevada Bar No. 010902 | Nevada Bar No.: 1107 |
| 1290 S. Jones Blvd. | 3016 West Charleston Blvd. #195 |
| Las Vegas, Nevada 89146 | Las Vegas, NV 89102 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Laila Kirkham* | *Smith's Food & Drug Centers, Inc.* |

**IT IS SO ORDERED.**

DATED December 27, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

CLAC 7647344.1